THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR06-0192C ) |
| v. | ) ORDER CONTINUING ) PRE-TRIAL MOTIONS CUTOFF ) AND TRIAL DATE |
| ELIAS CASTANEDA GOMEZ, SANDRA MIRANDA, REGINA HERNANDEZ VALDIVIA, ALVIN LOUIS GLASS, and RAFAEL DIAZ LAUREANO, | ) ) ) ) ) |
| Defendants. | ) ) |

The Court having reviewed the stipulated motion by the parties to continue the pre-trial motions cutoff and trial date (Dkt. No. 67) and having reviewed the records and files herein makes the following findings and enters the following order:

1. Additional time is needed for defense counsel to review the discovery in this case. The government has advised that additional discovery is anticipated and will be produced as soon as available.

2. Additional time is needed for defense counsel and the government to meet and confer regarding the possibility of a pre-trial resolution or to prepare for trial.

3. Two of the defendants were arraigned on June 26, 2006, and have not had sufficient time to review the evidence and prepare for trial.

ORDER CONTINUING TRIAL
GOMEZ, et al.— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    4.   The ends of justice outweigh the best interest of the public and the co-
2 defendants in a speedy trial.  That failure to grant a continuance based upon the parties'
3 need to prepare the matter for trial would result in a miscarriage of justice.
4    5.   The government and defendants have requested and stipulated to a
5 continuance.  Defendants must sign and file a written waiver of speedy trial that will be
6 filed with the Court no later than July 20, 2006.
7       IT IS HEREBY ORDERED that the pretrial motions cutoff date is
8 continued to September 25, 2006.
9       IT IS FURTHERED ORDERED that the trial date is continued from
10 July 24, 2006, to October 30, 2006.
11       IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
12 Section 3161(h), the period of time from the current trial date to the new trial date, for all
13 defendants, is excluded in the computation of time under the Speedy Trial Act as this is a
14 reasonable period of delay.

    SO ORDERED this 14th day of July, 2006.

                                        /s/ John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE

Presented by:

 /s Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910

ORDER CONTINUING TRIAL
GOMEZ, et al.— 2